■ In the Matter of the Claim of EDITH BERG, Respondent, v. ASSOCIATED METALS & MINERALS CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.